**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS JOSEPH MELGER,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF TREASURY, et al.,<br><br>      Defendants. | Case No.: 1:21-cv-01183 JLT SAB (PC)<br><br>AMENDED ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Doc. 19) |

      The Court dismissed Plaintiff's First Amended Complaint and granted him thirty days to file a second amended complaint. (Doc. 15.) Plaintiff failed to file a second amended complaint or otherwise respond to the Court's order. Therefore, the Court ordered Plaintiff to show cause why the action should not be dismissed. (Doc. 18.) After Plaintiff failed to respond to the order to show cause, the magistrate judge found Plaintiff failed to prosecute the action and recommended dismissal of the action. (Doc. 19.)

      The Court served the findings and recommendations, which contained notice that objections were due within fourteen days. (Doc. 19 at 8.) In addition, the Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) Even still, Plaintiff did not file objections, and the deadline to do so has passed.

According to of 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes that the magistrate judge's Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 23, 2022 (Doc. 19), are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **April 21, 2022**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE